Brad Denton, #016454
Brad@GundersonDenton.com
Sterling Peterson, #020628
Sterling@GundersonDenton.com
**GUNDERSON, DENTON & PETERSON, P.C.**
ATTORNEYS & COUNSELORS AT LAW
1930 N. ARBOLEDA ROAD, SUITE 201
MESA, ARIZONA  85213
TELEPHONE: (480) 655-7440
FACSIMILE: (480) 655-7099
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN MLYNAREK, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINT HOMES, LLC; DARRYN LANE and JANE DOE LANE, husband and wife; TROY LANE and JANE DOE LANE, husband and wife; JACK LANE and JANE DOE LANE, husband and wife; JOHN DOES I-X; JANE DOES I-X; XYZ Corporation I-V; and ABC Entities I-V, a corporation or other legal entities;<br><br>Defendants. | No. 2:13-CV-01429<br><br>**NOTICE OF SETTLEMENT**<br><br>*(Assigned to Honorable Susan R. Bolton)* |

Plaintiff, John Mlynarek, through undersigned counsel, and pursuant to Rule 5, Federal Rules of Civil Procedure, gives notice of settlement of the above-entitled matter.  The parties, through their respective counsel, will be filing shortly a stipulation to dismiss this matter with prejudice.

/ / /

/ / /

1

RESPECTFULLY SUBMITTED this 12th day of May, 2014

**GUNDERSON, DENTON & PETERSON, P.C.**

/s/ Brad A. Denton
Brad A. Denton
Sterling R. Peterson
1930 N. Arboleda Road, Suite 201
Mesa, AZ 85213
*Attorneys for Plaintiff*

ORIGINAL of the foregoing
E-Filed this 12th day of
May, 2014, with:

Brian D. Karth, Clerk
UNITED STATES DISTRICT COURT

COPY of the foregoing mailed
this 12th day of May, 2014 to:

The Honorable Susan R. Bolton
UNITED STATES DISTRICT COURT
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, AZ 85003-2153

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew R. Berens
Daniel L. Kloberdanz
Berens, Kozub, Kloberdanz & Blonstein PLC
7047 E. Greenway Parkway, Suite 140
Scottsdale, Arizona 85254
*Attorney for Defendants*

By: /s/ LaWanda Sauls